Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of _____
                        (State)

Case number (If known): _____ Chapter _____

□ Check if this is an
   amended filing

2025 SEP -3 A II: 25

RECEIVED

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 63 Mill River Road LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | None |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 88 - 1106584 |

**4. Debtor's address**

**Principal place of business**

63 Mill River Road
Number      Street

Upper Brookville NY 11771
City                    State    ZIP Code

Nassau
County

**Mailing address, if different from principal place of business**

Number      Street

P.O. Box

City      State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City      State      ZIP Code

**5. Debtor's website (URL)**      none

Debtor **63 Mill River Road LLC**
Name

Case number *(if known)*_____

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**5 3 1 1**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**Debtor** 63 Mill River Road LLC
<u>Name</u>

**Case number** *(if known)* _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district?***

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number       Street

_____

_____
City                                   State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/03/2025
      MM / DD / YYYY

✗ _____
Signature of authorized representative of debtor

_William Gibbs_
Printed name

Title _Managing member_

**UNITED STATES BANKRUPTCY COURT**
**[Eastern District of New York]**
In re:
**63 Mill River Road LLC**, Debtor
Case No. _____
Chapter 11, Subchapter V

## Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1

I, William J. Gibbs, Jr., the Managing Member of 63 Mill River Road LLC (the "Debtor"), make the following statement:

1. Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and 7007.1, the Debtor states that it is a limited liability company.
2. The Debtor has no parent corporation.
3. No publicly held corporation owns 10% or more of the Debtor's membership interests.
4. The ownership of the Debtor is as follows:
   - **William J. Gibbs, Jr. — Managing Member, 90% ownership**
   - **William J. Gibbs, Sr. — Managing Member, 10% ownership**

**Dated:** September __, 2025
**Respectfully submitted,**

William J. Gibbs, Jr.
Managing Member
63 Mill River Road LLC

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
www.nyeb.uscourts.gov

## AFFIRMATION OF FILER(S)

I, ___William Gibbs Jr___, am filing a bankruptcy petition at the Unites States Bankruptcy
(Print Filer's Name)

Court, E.D.N.Y. on behalf of the debtor(s), ___63 Mill River Road LLC___
(Print Name of Debtor(s))

Filer Contact Information:
Address: ___63 Mill River Road Upper Brookville, NY 11771___
Email Address: ___wgibbsmd@gmail.com___
Phone Number: (917) 572-8320

## CHECK THE APPROPRIATE RESPONSES:

### ASSISTANCE PROVIDED TO DEBTOR(S):

[✓] I prepared the petition for the debtor(s) and/or assisted with the paperwork by doing the
following: ___Consult with attorney___

[  ] I did not provide the paperwork or assist in any way with completion of the forms.

### FEE RECEIVED:

[✓] I was not paid.

[  ] I was paid. Amount Paid: $ _____

I/We hereby affirm the information above under the penalty of perjury.

Dated: ___9/3/2025___          _____
                                      Filer's Signature

Debtor name    63 Mill River Road

United States Bankruptcy Court for the:    Eastern    District of New York
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Stormfield Capital 200 Pequot Avenue Southport, CT 06890 | Joseph Raya 203-628-4653 | Loan Default Judgent of fore close | | 2,578,900 | | |
| 2 | Shoppers World Construk corp 68 Main Street Oyster Bay NY 11771 | Chris Nola 516-860-8401 | Construction services | | 251,530 | | |
| 3 | Town of Oyster Bay 54 Audrey Avenue Oyster Bay NY 11771 | Town Clerk 516-624-6333 | Property Taxes | | 69,000 | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

**UNITED STATES BANKRUPTCY COURT**
Eastern District of New York

**In re:**
63 Mill River Road LLC, Debtor
Case No.: _____ (to be assigned)
Chapter 11, Subchapter V

## VERIFICATION OF CREDITOR MATRIX

The undersigned, being the managing member of the above-captioned debtor, hereby certifies under penalty of perjury that the list of creditors filed with the petition and included in the creditor mailing matrix is true and correct to the best of my knowledge, information, and belief.

Date: ___9/3/2025___

Signature: _____
William J. Gibbs, Jr.
Managing Member of 63 Mill River Road LLC

STORMFIELD CAPITAL LLC
200 PEQUOT AVENUE
SOUTHPORT, CT 06890

SHOPPERS WORLD CONSTRUCTION CORP
68 MAIN STREET SUITE 3
OYSTER BAY, NY 11771

NASSAU COUNTY TREASURER
240 OLD COUNTRY ROAD
MINEOLA, NY 11501

TOWN OF OYSTER BAY
54 AUDREY AVENUE
OYSTER BAY, NY 11771

VILLAGE OF UPPER BROOKVILLE
P.O. BOX 597
OYSTER BAY, NY 11771